PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 109372

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:11-20587-CR-SCOLA-7

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Barbara Morales

Name of Sentencing Judicial Officer: The Honorable Robert N. Scola, Jr., United States District Judge, Miami, Florida

Date of Original Sentence: November 2, 2012

Original Offense: Conspiracy to commit healthcare fraud, 18 U.S.C. 1349, a Class C felony

Original Sentence: Twelve months and one day custody of the Bureau of Prisons, three years supervised release, $100.00 special assessment, and $6,298,549.00 restitution. Special Conditions: The defendant shall 1) provide complete access to financial information; 2) not own, directly or indirectly, or be employed, directly or indirectly, in any health care business or service, which submits claims 3) not apply for, solicit or incur any further debt; 4) not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision.; 5) upon request of the appropriate regulatory agency, the defendant shall relinquish her license to said agency; and 6)obtain prior written approval from the Court before entering into any self-employment.

Type of Supervision: Supervised Release Date Supervision Commenced: November 27, 2013

---

## PETITIONING THE COURT

[] To extend the term of supervision for _ years, for a total term of _ years.
[X] To modify the conditions of supervision as follows:

**The defendant shall pay the restitution at the rate of $25.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 109372

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $25.00 per month towards the restitution.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release,* thus establishing payments at $25.00 per month commencing on August 1, 2014, and every month thereafter.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay the court ordered restitution at the rate of $25.00 per month.

Respectfully submitted,

by

Yolonda N. Rawl
U.S. Probation Officer
Office: (305)512-1817
Cellular: (786) 261-4157
Date: August 8, 2014

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer ROBERT N. SCOLA, JR.

08/11/2014
Date

PROB 49
(3/89)

SD/FL PACTS #

**CONFIDENTIAL**
**DO NOT FILE DO NOT SCAN**
**RETURN TO PROBATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF
### Southern District of Florida

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution at the rate of $________25.00____ per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

Witness: ______________________________
U.S. Probation Officer

Signed: ______________________________
Probationer or Supervised Releasee

8/5/14
______________________________
Date